ANDREW BONDAROWICZ
ATTORNEY AT LAW
125 ELM STREET, SUITE 1B
WESTFIELD, NJ 07090

908.264.4545
908.264.4546 (Fax)
Andrew@aregatta.com

**By e-mail attachment pending electronic filing**

January 10, 2011

The Honorable Faith S. Hochberg
United States District Court for the District of New Jersey
Post Office and Court House Building
50 Walnut Street
Newark NJ 07101

Re: *David Hawk v. New Jersey Institute of Technology et al.*
Civil Action No.: 2:10-cv-06140-FSH/PS

Your Honor:

I am local counsel for Plaintiff, David Hawk.

For the reasons and under the circumstances briefly stated below I write respectfully to ask for an extension of time within which Plaintiff may timely file his reply to Defendants' Brief in Opposition to Plaintiff's Motion for an Interlocutory Injunction. More specifically, I respectfully ask for an extension from January 13, 2011 to January 20, 2011, without discovery, or in the alternative to a later date following discovery. As shown on the attachment that follows this letter, counsel for Defendants have graciously advised me that they consent to this request.

At the Rule 16 Conference on this matter last Monday, January 13, 2011, Judge Shwartz advised counsel that Your Honor's decision whether to grant a hearing on Plaintiff's motion would be made after Your Honor had read the parties' written submissions – i.e., Plaintiff cannot assume that he will be able to cross examine witnesses at a hearing proceed in support of his motion.

A brief discussion regarding Plaintiff's wish, in lieu of an assurance of a hearing, for discovery on matters relevant to the Motion followed, but the date by which Plaintiff must file his reply in connection with his Motion remains January 13, 2011 on Judge Shwartz's Order.

For these reasons Plaintiff through counsel respectfully asks for an additional one week period in which to prepare and file a reply supported by neither discovery nor the assurance of examining witnesses or, in the alternative, for an extension to a later date following discovery.

Respectfully,
/s/Andrew Bondarowicz
Andrew Bondarowicz

SO ORDERED,

Hon. Faith S. Hochberg, USDJ
1/10/11

w/attachment
Served on Defendants' counsel by e-mail attachment