E. DANIEL LARKIN
ATTORNEY AT LAW
742 S. LATCHES LANE
MERION PA 19066

610.660.5201
610.660.5940 (FAX)
dan@danlarkinlaw.com

*By e-filing*

April 13, 2011

Clerk's Office
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: *Hawk v. New Jersey Institute of Technology, Altenkirch, Sebastian* (D NJ 2:10-cv-06140)
        <u>Defendants' Rule 12(b)(6) Motion – Plaintiff's invocation of D NJ L.Civ.R. 7.1(d)(5)</u>

Ladies and Gentlemen:

    Please take notice that in the matter of Defendants' Rule 12(b)(6) dispositive motion Plaintiff invokes D NJ L.Civ.R. 7.1(d)(5)'s privilege of a one-time, automatic adjournment of the currently docketed motion day – i.e., May 2, 2011.

    The new motion day, by operation of this invocation, thus becomes May 16, 2011, "the next available motion day following the originally noticed date".

    Plaintiff's certificate of service upon all other parties, by their counsel, is filed herewith.

    Thank you.

Respectfully,

/s/
Andrew Bondarowicz

Attachment – Certificate of Service

4/14/11

SO ORDERED.

/s/ Hon. Faith S. Hochberg, USDJ