UNITED STATES DISTRIT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID L. HAWK<br>　　　　Plaintiff,<br><br>vs.<br><br>NEW JERSEY INSTITUTE OF TECHNOLOGY, ROBERT A. ALTENKIRCH and DONALD H. SEBASTIAN<br>　　　　Defendants. | Civil Action No. 2:10-cv-06140-FSH-PS<br><br>Plaintiff advises that the Motion Day for this Motion is July 5, 2011. |

**PLAINTIFF'S MOTION**
To vacate orders denying or in any way relevant to

**Plaintiff's Motion for Reconsideration (Docket No. 58)**

Plaintiff by his undersigned counsel respectfully moves this Court for an Order vacating orders previously entered in this matter by Magistrate Judge Patty Shwartz denying or in any way relevant to Plaintiff's Motion for Reconsideration (Docket No. 58) on the ground that each and all of said orders is and are in derogation of Fed.R.Civ.Pro. 72(a) and Fed.R.Civ.Pro. 83(a)(1) and therefore *ultra vires*.

In support of his Motion Plaintiff relies upon Fed.R.Civ.Pro. 72(a); the second sentence of Fed.R.Civ.Pro. 83(a)(1); and the argument made in his Brief in Support of this Motion.

　　　　　　　　　　　　　　　　/s/ Andrew S. Bondarowicz
　　　　　　　　　　　　　　　　Bondarowicz and Associates
　　　　　　　　　　　　　　　　125 Elm Street - Westfield, NJ  07090
　　　　　　　　　　　　　　　　908.456.8882

Dated: June 10, 2011