UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID L. HAWK<br><br>   Plaintiff,<br><br>vs.<br><br>NEW JERSEY INSTITUTE OF TECHNOLOGY, ROBERT A. ALTENKIRCH and DONALD H. SEBASTIAN<br><br>   Defendants. | Civil Action No. 2:10-cv-06140-FSH-PS<br><br>**<u>ORDER</u>** |

**THIS MATTER** having come before the Court by Andrew Bondarowicz, Esquire, attorney for Plaintiff David L. Hawk, for the entry of an Order vacating orders previously entered in this matter by Magistrate Judge Patty Shwartz denying or in any way relevant to Plaintiff's Motion for Reconsideration (Docket No. 58);

**AND FURTHER**, the Court having considered the submissions of the parties and counsel for the parties having been heard;

**AND FURTHER**, the Court having made its own review of the parties' relevant filings, judicial orders, and legal authorities,

**IT IS** on this ____ day of _____, 2011, **ORDERED** that Plaintiff's Motion (Docket No. _____) is GRANTED; previously entered orders denying Plaintiff's Motion for Reconsideration (Docket No. 58) and subsequent Informal Application for leave to file a reply brief in support thereof (Docket No. 75 ) are vacated; and Plaintiff is given leave to file his Reply Brief in Support of his Motion to Reconsider not later than _____. 2011.

                      By:_____
                      Faith S. Hochberg, United States District Judge